UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION 10-370 |
| VERSUS | JUDGE HAIK |
| SHAWN A. JOLLIETTE | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, having considered the objections filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion to Suppress filed by the defendant, Shawn A. Jollivette (Doc. #35) is **DENIED**.

**THUS DONE** and **SIGNED** on this **4th day of May, 2011.**

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA